William E. Peterson (Bar No. 1538)
Nathan G. Kanute (Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775.785.5440
Facsimile: 775.785.5441
Email: wpeterson@swlaw.com
       nkanute@swlaw.com

*Attorneys for Respondent*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN BRAHMS, individually and on behalf of all others similarly situated,<br><br>Movant,<br><br>vs.<br><br>PAMELA KLESSIG,<br><br>Respondent. | Case No.  3:23-cv-00083-ART-CSD<br>(Related to Civil Action 1:20-cv-04953 (S.D.N.Y.))<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR RESPONSE TO MOTION TO COMPEL**<br><br>**(FIRST REQUEST)** |

Respondent, Pamela Klessig ("Respondent"), and Movant, Stephen Brahms ("Movant", collectively with Respondent, the "Parties") stipulate to extend the deadline for Respondent to respond to Movant's motion to compel through May 15, 2023.  The Parties make the following stipulation for good cause, not for the purpose of delay, and for the following reasons:

1. Movant filed his *Motion to Compel Non-Party Pamela Klessig's Compliance with Subpoena* (the "Motion") on February 27, 2023.

2. Respondent accepted service of the Motion on March 24, 2023.

3. Respondent served her responses and objections to Movant's subpoena of documents on April 7, 2023.

4. Movant's counsel is in the process of reviewing the responses and objections and the Parties have agreed to continue to discuss the potential resolution of the Motion.

5. The Parties need additional time to continue those discussions.

4857-2768-7261

6. The response to the Motion is currently due on April 14, 2023.

7. The Parties have agreed to extend the time to file the response through May 15, 2023.

8. This stipulation is made in good faith and not for the purposes of delay.

Therefore, the Parties request that the Court grant the extension of the time to respond to the Motion through May 15, 2023.

DATED this 12th day of April, 2023.

/s/Patrick R. Leverty (with permission)
Patrick R. Leverty (NV Bar No. 8840)
Leverty & Associates Law, Chtd.
832 Willow Street
Reno, Nevada 89502
Phone: (775) 322-6636

Andrea Farah (*Pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, New York 10601
Phone: (914) 997-0035

*Attorneys for Movant Stephen Brahms*

DATED this 12th day of April, 2023.

SNELL & WILMER L.L.P.

/s/Nathan G. Kanute
William E. Peterson (NV Bar No. 1528)
Nathan G. Kanute (NV Bar No. 12413)
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Phone: (775) 785-5440

*Attorneys for Respondent Pamela Klessig*

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. The response to Movant's Motion to Compel Non-Party Pamela Klessig's Compliance with Subpoena shall be due on May 15, 2023.

**IT IS SO ORDERED**.

DATED: April 13, 2023.

_____
UNITED STATES MAGISTRATE JUDGE