# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN BRAHMS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Movant<br><br>　vs.<br><br>PAMELA KLESSIG<br><br>　　　　　　　　　　　　Respondent | Case No.: 3:23-CV-00083-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

　　　Movant Stephen Brahms, by and through his counsel Lowey Dannenberg, P.C. and Leverty & Associates Law Chtd., has agreed to withdraw his motion to compel filed against Respondent Pamela Klessig.  By and through their respective counsel, Movant and Respondent hereby stipulate to dismiss this action with prejudice, in its entirety, the parties to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Respectfully Submitted,

DATED: This 11th day of May, 2023.                    DATED: This 11th day of May, 2023.

/s/ *James Pedersen*                                              /s/ *Nathan G. Kanute*
**LOWEY DANNENBERG, P.C.**                  **SNELL & WILMER L.L.P.**
Andrea Farah (*Pro hac vice* pending)             Nathan G. Kanute
James Pedersen (*Pro hac vice* pending)        50 West Liberty Street, Suite 510
44 South Broadway, Suite 1100                       Reno, NV 89501
White Plains, NY 10601                                     Telephone: (775) 785-5419
Telephone: (914) 997-0500                               Email: nkanute@swlaw.com
Email: afarah@lowey.com                                 *Attorneys for Respondent Pamela Klessig*
            jpedersen@lowey.com
*Attorneys for Movant Stephen Brahms*


/s/ Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD.**
Patrick R. Leverty, Esq.
NV Bar No. 8840
832 Willow Street
Reno, Nevada 89502
*Attorneys for Movant Stephen Brahms*


# ORDER

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

DATED: This 11th day of May, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

2